UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PRIORITY SEND

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   **CV 13-5957-JFW (PLAx)**                                           Date:  December 30, 2013

Title:   Latrice Nichols -v- Wells Fargo Bank, N.A., et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                                                                            None

**PROCEEDINGS (IN CHAMBERS):**       ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT

On December 16, 2013, the Court ordered Defendant Wells Fargo Bank, N.A. to show cause, in writing, no later than December 20, 2013 why this action should not be remanded to Los Angeles Superior Court for lack of subject matter jurisdiction.  The Court warned Defendant that "[f]ailure to respond to the Order to Show Cause will result in the remand of this action."  Defendant has not responded to the Order to Show Cause.  Accordingly, this action is hereby **REMANDED** to Los Angeles Superior Court for lack of subject matter jurisdiction.  *See* 28 U.S.C. § 1447(c).

IT IS SO ORDERED.